NO. 07-10-00423-CR

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL A

 



JANUARY
3, 2010

 



 

RAMONE COLEMAN, APPELLANT

 

v.

 

THE STATE OF TEXAS, APPELLEE 



 



 

 FROM THE COUNTY CRIMINAL COURT NO 9
OF TARRANT COUNTY;

 

NO. 1163456; HONORABLE BRENT A CARR, JUDGE



 



 

Before CAMPBELL
and HANCOCK and PIRTLE, JJ.

 

 

ON MOTION TO WITHDRAW

 

Appellant, Ramone Coleman, appeals
his conviction of the offense of driving while intoxicated, and sentence of 240
days confinement in the Tarrant County Jail and $600 fine.  The sentence was suspended and appellant was
placed on community supervision for a period of two years.  On December 6, 2010, this Court received a
Motion to Withdraw from appellant’s retained counsel that complies with the requirements
of Texas Rule of Appellate Procedure 6.5. 
Having received no objection to this motion, the Motion to Withdraw is
hereby granted.

 

                                                                                                Per
Curiam

 








Do
not publish.